**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re GSE Bonds Antitrust Litigation | Lead Case No.:  19-cv-1704 JSR
                                                 19-cv-2715 JSR |
| *This Document Relates to Dallas Area Rapid Transit Employees Defined Benefit Retirement Plan and Trust, and Sheet Metal Workers' Local 19 Pension Fund  v. Bank of America, N.A., et al. 19-cv-2715 (JSR)* | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i) AS TO PLAINTIFF DALLAS AREA RAPID TRANSIT EMPLOYEES DEFINED BENEFIT RETIREMENT PLAN AND TRUST** |

Pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dallas Area Rapid Transit Employees Defined Benefit Retirement Plan and Trust ("DART") hereby gives notice that its claims against all Defendants in the above-captioned action are voluntarily dismissed, without prejudice.

Such dismissal applies only to Plaintiff Dallas Area Rapid Transit Employees Defined Benefit Retirement Plan and Trust ("DART"), whose case was originally docketed as Case No. 19-cv-2715, and does not apply to any other Plaintiff in the above-captioned master docket 19-cv-1704 (JSR), or to Sheet Metal Workers Local 19 Pension Fund, which appeared on the same complaint as DART.

Dated: June 21, 2019                                             Respectfully submitted,

                                                                 */s/ Michael B. Eisenkraft*
                                                                 Michael B. Eisenkraft
                                                                 Sharon K. Robertson
                                                                 Cohen Milstein Sellers & Toll PLLC
                                                                 88 Pine Street, 14th Floor
                                                                 New York, NY 10005
                                                                 Telephone: (212) 838-7797
                                                                 meisenkraft@cohenmilstein.com
                                                                 srobertson@cohenmilstein.com

        Carol V. Gilden
        Cohen Milstein Sellers & Toll PLLC
        190 South LaSalle Street
        Suite 1705
        Chicago, IL 60603
        Telephone: (312) 357-0370
        cgilden@cohenmilstein.com

        Christina D. Saler
        Cohen Milstein Sellers & Toll PLLC
        3 Logan Square, 1717 Arch Street
        Suite 3610
        Philadelphia, PA 19103
        Telephone: (267) 479-5700
        csaler@cohenmilstein.com

        Brent W. Johnson
        Robert A. Braun
        Cohen Milstein Sellers & Toll PLLC
        1100 New York Ave. NW, Fifth Floor
        Washington, DC 20005
        Telephone: (202) 408-4600
        bjohnson@cohenmilstein.com
        rbraun@cohenmilstein.com

        *Attorneys for Plaintiffs Dallas Area Rapid Transit Employees Retirement Benefit Plan and Trust and Sheet Metal Workers' Local 19 Pension Fund and the Proposed Class*

## CERTIFICATE OF SERVICE

    I, Michael Eisenkraft, declare under penalty of perjury that I served a copy of the attached documents upon all other parties in this case by filing this document electronically via the ECF website of the U.S. District Court for the Southern District of New York, for receipt electronically by the parties listed on the docket.

Dated: June 21, 2019          /s/ *Michael Eisenkraft*
                                                **COHEN MILSTEIN SELLERS &TOLL PLLC**

1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
bjohnson@cohenmilstein.com