**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GSE BONDS ANTITRUST LITIGATION | Case No. 1:19-cv-01704 (JSR) |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF
STIPULATION AND AGREEMENT OF SETTLEMENT WITH
DEUTSCHE BANK SECURITIES INC.**

**PLEASE TAKE NOTICE** that, on a date and at a time to be determined by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, in the Courtroom of the Honorable Jed S. Rakoff, Plaintiffs Joseph M. Torsella, in his official capacity as the Treasurer of the Commonwealth of Pennsylvania and statutory custodian of all Commonwealth Funds; City of Birmingham Retirement and Relief System; Electrical Workers Pension Fund Local 103, I.B.E.W.; and Local 103, I.B.E.W. Health Benefit Plan ("Plaintiffs") will, and hereby do, move the Court pursuant to Fed. R. Civ. P. 23(e) for an order:

(1)     preliminarily approving the proposed settlement ("Settlement") with Deutsche Bank Securities Inc.;

(2)     approving Huntington National Bank as Escrow Agent;

(3)     approving A.B. Data, Ltd. as Claims Administrator;

(4)     approving proposed forms of notice to the proposed class; and

(5)     authorizing notice as provided in the Order.

Submitted herewith in support of this Motion are the:

(1)     Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Stipulation and Agreement of Settlement with Deutsche Bank Securities Inc.; and

(2)    Declaration of Christopher M. Burke In Support of Plaintiffs' Motion for

Preliminary Approval of Stipulation and Agreement of Settlement with Deutsche

Bank Securities Inc.

Dated:  September 11, 2019

_s/ Christopher M. Burke_
CHRISTOPHER M. BURKE (CB-3648)
600 W. Broadway, Suite 3300
**SCOTT+SCOTT ATTORNEYS AT
LAW LLP**
San Diego, CA 92101
Tel:  (619) 233-4565
Fax: (619) 233-0508
cburke@scott-scott.com

DAVID R. SCOTT (DS-8053)
AMANDA F. LAWRENCE
(AL-8804)
KRISTEN ANDERSON (KA-1965)
DONALD A. BROGGI (DB-9661)
THOMAS BOARDMAN (TB-0530)
**SCOTT+SCOTT ATTORNEYS AT
LAW LLP**
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Tel:  (212) 223-6444
Fax: (212) 223-6334
david.scott@scott-scott.com
alawrence@scott-scott.com
kanderson@scott-scott.com
dbroggi@scott-scott.com
tboardman@scott-scott.com

*Interim Co-Lead Counsel for the Class and
Attorneys for Plaintiff City of Birmingham
Retirement and Relief System*

VINCENT BRIGANTI
CHRISTIAN LEVIS
MARGARET MACLEAN
ROLAND R. ST. LOUIS, III
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel:  (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
rstlouis@lowey.com

*Interim Co-Lead Counsel for the Class and
Attorneys for Plaintiff Joseph M. Torsella is the
Treasurer of the Commonwealth of Pennsylvania
and the head of the Pennsylvania Office of the
State Treasurer*

CHRISTOPHER CRAIG
Chief Counsel
**PENNSYLVANIA TREASURY DEPARTMENT**
**OFFICE OF THE CHIEF COUNSEL**
129 Finance Building
Harrisburg, PA 17120
ccraig@patreasury.gov

*Attorney for Plaintiff Joseph M. Torsella, in his official capacity as the Treasurer of the Commonwealth of Pennsylvania*

TODD A. SEAVER
CARL N. HAMMARSKJOLD
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel:  (415) 433-3200
Fax: (415) 433-6382
tseaver@bermantabacco.com
chammarskjold@bermantabacco.com

LESLIE R. STERN
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Tel:  (617) 542-8300
Fax: (617) 542-1194
lstern@bermantabacco.com

*Attorneys for Plaintiffs Electrical Workers Pension Fund Local 103, I.B.E.W., and Local 103, I.B.E.W. Health Benefit Plan*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s*/ Christopher M. Burke

Christopher M. Burke
