UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
:
:
IN RE GSE BONDS ANTITRUST       :   Civil Case No. 1:19-cv-01704 (JSR)
LITIGATION                      :
:   ORAL ARGUMENT REQUESTED
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF DEFENDANTS' JOINT RENEWED MOTION TO DISMISS
THE THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that pursuant to the accompanying (i) Defendants' Memorandum of Law in Support of Their Renewed Joint Motion to Dismiss the Third Consolidated Amended Class Action Complaint for Failure To State a Claim, and (ii) the Declaration of Andrew Weaver, dated September 17, 2019, and the exhibit thereto, undersigned defendants will move this Court, before the Honorable Jed S. Rakoff, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 14B, 500 Pearl Street, New York, New York, on September 27, 2019 at 2:00 PM, or at such other date and time determined by the Court, for an Order dismissing portions of the Third Consolidated Amended Class Action Complaint with prejudice for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6), and granting such other and further relief as the Court may deem just and proper.

As set forth in the Court's Opinion and Order (ECF No. 253), plaintiffs shall file any opposition to this motion by September 23, 2019.

Dated: September 17, 2019
         New York, New York

                                                    Respectfully submitted,

/s/ Richard D. Owens                                /s/ Boris Bershteyn
Richard D. Owens                                    Boris Bershteyn
Lawrence E. Buterman                                Lara Flath
Lilia B. Vazova                                     SKADDEN, ARPS, SLATE,
LATHAM & WATKINS LLP                                MEAGHER & FLOM LLP
885 Third Avenue                                    Four Times Square
New York, New York  10022-4834                      New York, New York  10036
Telephone:  (212) 906-1200                          Telephone:  (212) 735-3000
Facsimile:  (212) 751-4864                          Facsimile:  (212) 735-2000
richard.owens@lw.com                                boris.bershteyn@skadden.com
lawrence.buterman@lw.com                            lara.flath@skadden.com
lilia.vazova@lw.com

                                                    Gretchen M. Wolf (*pro hac vice*)
*Attorneys for Defendant Barclays Capital Inc.*     SKADDEN, ARPS, SLATE,
                                                    MEAGHER & FLOM LLP
/s/ Meredith Kotler                                 155 N. Wacker Drive
Lev L. Dassin                                       Chicago, Illinois  60606
Meredith Kotler                                     Telephone:  (312) 407-0700
Andrew Weaver                                       Facsimile:  (312) 407-0411
CLEARY GOTTLIEB STEEN &                             gretchen.wolf@skadden.com
HAMILTON LLP
One Liberty Plaza                                   *Attorneys for Defendant J.P. Morgan*
New York, New York  10006                           *Securities LLC*
Telephone:  (212) 225-2000
mkotler@cgsh.com
ldassin@cgsh.com

Kenneth Reinker
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 974-1743
kreinker@cgsh.com

*Attorneys for Defendant Citigroup Global
Markets Inc.*

---

\* In accordance with Rule 8.5 of the S.D.N.Y. Electronic Case Filing Rules & Instructions, the parties hereto hereby represent that all defendants listed below consent to the filing of this Notice of Defendants' Renewed Joint Motion to Dismiss The Third Consolidated Amended Class Action Complaint and the accompanying Memorandum of Law.

/s/ David Sapir Lesser
David Sapir Lesser
WILMER CUTLER PICKERING HALE
AND DORR LLP
250 Greenwich Street
New York, New York  10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
david.lesser@wilmerhale.com

Heather Steiner Nyong'o (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (202) 663-6315
Facsimile:  (202) 663-6363
heather.nyong'o@wilmerhale.com

Ari Savitzky
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
ari.savitzky@wilmerhale.com

*Attorneys for Defendant Cantor Fitzgerald & Co.*

/s/ David G. Januszewski
David G. Januszewski
Herbert S. Washer
Jonathan D. Thier
Peter J. Linken
Samuel G. Mann
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York  10005
Telephone:  (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
jthier@cahill.com
plinken@cahill.com
smann@cahill.com

*Attorneys for Defendant Credit Suisse Securities (USA) LLC*

/s/ Matthew S. Hellman
Matthew S. Hellman (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C.  20001-4412
Telephone:  (202) 639-6000
Facsimile:  (202) 661-6066
mhellman@jenner.com

Brian J. Fischer
JENNER & BLOCK LLP
919 Third Avenue, 38th Floor
New York, New York  10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
bfischer@jenner.com

*Attorneys for Defendant Nomura Securities International, Inc.*

/s/ Daniel L. Stein
Daniel L. Stein
Jennifer M. Rosa
Gina Del Tatto
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
dstein@mayerbrown.com
jrosa@mayerbrown.com
gdeltatto@mayerbrown.com

Andrew S. Marovitz
Britt M. Miller
Robert E. Entwisle
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

*Attorneys for Defendant HSBC Securities (USA) Inc.*

/s/ George S. Canellos
George S. Canellos
Sean M. Murphy
Fiona A. Schaeffer
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
gcanellos@milbank.com
smurphy@milbank.com
fschaeffer@milbank.com

*Attorneys for Defendant SG Americas Securities, LLC*

/s/ James H.R. Windels
James H.R. Windels
Brian M. Burnovski
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
james.windels@davispolk.com
brian.burnovski@davispolk.com

*Attorneys for Defendant TD Securities (USA) LLC*

/s/ Jefferson E. Bell
Jefferson E. Bell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
jbell@gibsondunn.com

D. Jarrett Arp
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
jarp@gibsondunn.com

Kyle C. Bisceglie
John G. Moon
Kyle J. Kolb
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
Telephone: (212) 451-2300
Facsimile: (212) 451-2222
kbisceglie@olshanlaw.com
jmoon@olshanlaw.com
kkolb@olshanlaw.com

*Attorneys for Defendant UBS Securities LLC*