UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GSE BONDS ANTITRUST LITIGATION | Case No. 1:19-cv-01704 (JSR) |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF STIPULATION AND AGREEMENT OF SETTLEMENT WITH FIRST TENNESSEE BANK, N.A. & FTN FINANCIAL SECURITIES CORP.**

**PLEASE TAKE NOTICE** that, on October 11, 2019 at 2:00 p.m., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, in the Courtroom of the Honorable Jed S. Rakoff, Plaintiffs Joseph M. Torsella, in his official capacity as the Treasurer of the Commonwealth of Pennsylvania and statutory custodian of all Commonwealth Funds; City of Birmingham Retirement and Relief System; Electrical Workers Pension Fund Local 103, I.B.E.W.; and Local 103, I.B.E.W. Health Benefit Plan ("Plaintiffs") will, and hereby do, move the Court pursuant to Fed. R. Civ. P. 23(e) for an order:

(1) preliminarily approving the proposed settlement with First Tennessee Bank, N.A. and FTN Financial Securities Corp. and the proposed settlement with Deutsche Bank Securities Inc.;

(2) approving Huntington National Bank as Escrow Agent;

(3) approving A.B. Data, Ltd. as Claims Administrator;

(4) approving proposed forms of notice to the proposed settlement class; and

(5) authorizing notice as provided in the Order.

Submitted herewith in support of this Motion are the:

(1) Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Stipulation and Agreement of Settlement with First Tennessee Bank, N.A. & FTN Financial Securities Corp.; and

(2)     Declaration of Christopher M. Burke in Support of Plaintiffs' Motion for Preliminary Approval of Stipulation and Agreement of Settlement with First Tennessee Bank, N.A. & FTN Financial Securities Corp.

Dated:  September 24, 2019

<div style="display: flex;">

<div>

*s/* Christopher M. Burke
CHRISTOPHER M. BURKE (CB-3648)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel:  (619) 233-4565
Fax: (619) 233-0508
cburke@scott-scott.com

DAVID R. SCOTT (DS-8053)
AMANDA F. LAWRENCE (AL-8804)
KRISTEN ANDERSON (KA-1965)
DONALD A. BROGGI (DB-9661)
THOMAS BOARDMAN (TB-0530)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Tel:  (212) 223-6444
Fax: (212) 223-6334
david.scott@scott-scott.com
alawrence@scott-scott.com
kanderson@scott-scott.com
dbroggi@scott-scott.com
tboardman@scott-scott.com

*Interim Co-Lead Counsel for the Class and Attorneys for Plaintiff City of Birmingham Retirement and Relief System*

</div>

<div>

VINCENT BRIGANTI
CHRISTIAN LEVIS
MARGARET MACLEAN
ROLAND R. ST. LOUIS, III
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel:  (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
mmaclean@lowey.com
rstlouis@lowey.com

*Interim Co-Lead Counsel for the Class and Attorneys for Plaintiff Joseph M. Torsella is the Treasurer of the Commonwealth of Pennsylvania and the head of the Pennsylvania Office of the State Treasurer*

</div>

</div>

CHRISTOPHER CRAIG
Chief Counsel
**PENNSYLVANIA TREASURY DEPARTMENT**
**OFFICE OF THE CHIEF COUNSEL**
129 Finance Building
Harrisburg, PA 17120
ccraig@patreasury.gov

*Attorney for Plaintiff Joseph M. Torsella, in his official capacity as the Treasurer of the Commonwealth of Pennsylvania*

TODD A. SEAVER
CARL N. HAMMARSKJOLD
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel:  (415) 433-3200
Fax: (415) 433-6382
tseaver@bermantabacco.com
chammarskjold@bermantabacco.com

LESLIE R. STERN
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Tel:  (617) 542-8300
Fax: (617) 542-1194
lstern@bermantabacco.com

*Attorneys for Plaintiffs Electrical Workers Pension Fund Local 103, I.B.E.W., and Local 103, I.B.E.W. Health Benefit Plan*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

<div style="text-align: right;">

*s/* Christopher M. Burke
Christopher M. Burke

</div>