# EXHIBIT 3




A.B. Data, Ltd.
Class Action Administration
600 A.B. Data Drive
Milwaukee, WI 53217

Proposed Notice Plan

---

*In re GSE Bonds Antitrust Litigation*
Case No. 1:19-cv-01704-JSR
United States District Court for the Southern District of New York

September 24, 2019

# PROPOSED NOTICE PLAN

**Case Background**

This Proposed Notice Plan is submitted by A.B. Data, Ltd. ("A.B. Data") in connection with the Settlements with Deutsche Bank and FTN. This document outlines the efforts that will be made to provide notice of the Settlements to reach Settlement Class Members.

**Class Definition**

The Settlement Class for this Proposed Notice Plan is:

> [A]ll persons and entities who or which entered into a GSE Bond Transaction with one or more Defendants or a direct or indirect parent, subsidiary, affiliate, or division of a Defendant during the Settlement Class Period (January 1, 2009 through and including January 1, 2019). Excluded from the Settlement Class are: Defendants; direct or indirect parents, subsidiaries, affiliates, or divisions of Defendants; all federal government entities; and any judicial officer presiding over this Action and the members of his or her immediate family and judicial staff and any juror assigned to this Action. Also excluded from the Settlement Class is any person or entity who or which properly excludes himself, herself, or itself by filing a valid and timely request for exclusion in accordance with the requirements set forth in the Notice.

**Plan Components**

This Proposed Notice Plan is consistent with the requirements set forth in Rule 23 of the Federal Rules of Civil Procedure and meets due process.

**Direct Mail**

Notice will be provided to the parties that transacted with Defendants during the Settlement Class Period to the extent such counterparties are identifiable. Notice will also be sent to: (1) a list of large traders obtained from Bloomberg, which includes the top 50 holders of each of the of the four relevant GSE Bond issuers; (2) a list of membership of the Federal Home Loan Bank, which consists of regional banks which were likely to have transacted in the relevant GSE Bonds; and (3) a list of Credit Unions which were likely to have transacted in the relevant GSE Bonds.

**Nominee Notification**

As in most class actions of this nature, where the class members consist of purchasers of publicly traded securities, a portion of class members are not record holders of the security but are beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased on behalf of the beneficial purchasers by brokerage firms, banks, institutions, and other third-party nominees in the name of the nominee (collectively, "Nominees"). To provide individual notice to these beneficial purchasers, A.B. Data disseminates the notice via the Nominees who possess the information regarding the identification and trading of the beneficial purchasers. A.B. Data maintains and updates an internal list of the largest banks, brokers, and

other Nominees. A.B. Data's internal list of these Nominees currently contains 5,016 mailing records. A.B. Data recommends providing Notice to these Nominees to reach beneficial purchasers of GSE Bonds.

**Publication Notice: Paid-Media/Earned-Media Plan**

A.B. Data recommends the use of paid- and earned-media. Paid-media advertising is guaranteed to appear. Paid-media advertising also allow for limited control of the content, timing, and positioning of the message. Newspapers, magazines, newsletters, and the Internet, among other sources, offer paid-media opportunities.

A.B. Data researched data regarding the target audience's media consumption, determining the most appropriate media vehicles that would best deliver potential Settlement Class Members and provide them with the opportunity to see and respond to the Notice. A.B. Data reviewed available magazines, newspapers, and online advertising for the target audience, as well as compatibility of the editorial content.

A.B. Data recommends the following components for publication notice:

- Financial newspapers;
- Targeted financial websites;
- Earned-media, including the dissemination of a news release via *PR Newswire* to financial media sources; and
- A dedicated informational settlement website.

**Paid-Media Placement Summary**

The following list provides a summary of A.B. Data's recommended paid-media placements for this case:

Print Media:

Financial Newspapers:

The Publication Notice will be published one time in each of the following publications:

- *The Wall Street Journal*
- *The New York Times*
- *Financial Times*
- *The Bond Buyer*

Digital Media:

Banner ads will be purchased on the following websites:

- Zacks.com
- Barchart.com

All banner ads will include an embedded link to the settlement website. The banner ads produced will be colorful and appealing, while including detailed text about the case and the Settlements.

**Earned-Media**

In addition to the notice efforts involving print publications and digital media, A.B. Data recommends that the Publication Notice be issued as a news release disseminated via *PR Newswire*. This news release will be distributed via *PR Newswire* to the news desks of more than 10,000 newsrooms, including print, broadcast, and digital websites.

**Settlement Website**

A dedicated informational settlement website is being developed to complement the Notice Plan and to ensure Class members' easy access to updated information. The settlement website will be keyword-optimized, providing the opportunity for it to be listed on the first page of results from search engines such as Google and Bing.

**Due Process**

The Proposed Notice Plan summarized in this document provides a reach and frequency similar to those that courts have approved and that are recommended by the Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*. This Proposed Notice Plan is the best practicable and meets due process requirements.