UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
:
:
:
IN RE GSE BONDS ANTITRUST          :    Civil Case No. 1:19-cv-01704 (JSR)
LITIGATION                                      :
:
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NON-SETTLING DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS

The undersigned non-settling defendants in the above-captioned action submit the following response to plaintiffs' Motions for Preliminary Approval of Settlements with Deutsche Bank Securities Inc. ("Deutsche Bank") and First Tennessee Bank, National Association and FTN Financial Securities Corp. (collectively "First Tennessee" or "FTN"). (ECF Nos. 255 & 265.)  In those motions, plaintiffs request that the Court enter an order preliminarily approving the settlements, preliminarily and conditionally certifying the settlement class, and appointing class counsel and representatives for the settlement class.  Non-settling defendants expect to vigorously challenge class certification in this litigation.  Accordingly, non-settling defendants respectfully request that two clarifying additions be made to the proposed preliminary approval order.[1]

Plaintiffs, Deutsche Bank, and First Tennessee as the settling parties do not object to either of these proposed amendments.

---

[1]  The language proposed here has been included in orders preliminarily approving settlement agreements in antitrust class action lawsuits in this District:  *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-7789 (S.D.N.Y.), ECF No. 536, Preliminary Approval Order, ¶¶ 22, 25; *Contant, et al. v. Bank of America Corporation, et al.*, 17-cv-3139 (S.D.N.Y.), ECF No. 297, Preliminary Approval Order, ¶¶ 17, 39.

1.      Defendants respectfully request that the Court add the following provision, making clear that the approval of a settlement class is without prejudice to non-settling defendants' ability to challenge certification of a litigation class:

> The Court's preliminary certification of the Settlement Class as provided herein is without prejudice to or waiver of the rights of any non-settling defendant to contest certification of any other class proposed in this Action. Except in the context of a proposed settlement pursuant to the Federal Rule of Civil Procedure 23(e), the Court's findings in this Order shall have no effect on the Court's ruling on any motion to certify any class in the Action, and no party may cite or refer to this Order as persuasive or binding authority with respect to any motion to certify any such class.

2.      Defendants respectfully request that the Court add the following language to the order, making clear that any stay of proceedings as to Deutsche Bank and First Tennessee does not stay discovery of those parties by non-settling defendants:

> The stay of proceedings in this Action with respect to Deutsche Bank and FTN entered by this Order shall not in any way stay matters related to discovery of Deutsche Bank and FTN in this Action by the non-settling defendants. The parties' rights with respect to such discovery are otherwise reserved and shall remain subject to the Court's orders on discovery.

It would be highly prejudicial to non-settling defendants to be denied the opportunity to seek discovery from Deutsche Bank and First Tennessee, to the extent permitted by the Federal Rules of Civil Procedure, in a case that alleges a conspiracy among all defendants and where plaintiffs will receive access to documents and testimony from these parties pursuant to the cooperation provisions of the applicable settlement agreements.

As noted, the settling parties do not object to these proposed amendments.  Non-settling defendants would be happy to provide the Court with a proposed mark-up of the proposed preliminary approval order if helpful.

Dated: September 25, 2019
       New York, New York

Respectfully submitted,*

/s/ John E. Schmidtlein            /s/ Richard D. Owens
John E. Schmidtlein                Richard D. Owens
Jesse T. Smallwood                 Lawrence E. Buterman
Beth A. Stewart                    Lilia B. Vazova
WILLIAMS & CONNOLLY LLP            LATHAM & WATKINS LLP
650 Fifth Avenue, Suite 1500       885 Third Avenue
New York, New York  10019          New York, New York  10022-4834
Telephone:  (646) 949-2800         Telephone:  (212) 906-1200
Facsimile:  (646) 949-2801         Facsimile:  (212) 751-4864
                                   richard.owens@lw.com
725 Twelfth Street, NW             lawrence.buterman@lw.com
Washington, D.C.  20005            lilia.vazova@lw.com
Telephone:  (202) 434-5341
Facsimile:  (202) 434-5029         *Attorneys for Defendant Barclays Capital Inc.*
jschmidtlein@wc.com
jsmallwood@wc.com
bstewart@wc.com


*Attorneys for Defendant Merrill Lynch, Pierce,
Fenner & Smith LLC*

* In accordance with Rule 8.5 of the S.D.N.Y. Electronic Case Filing Rules & Instructions, the parties hereto hereby represent that all defendants listed below consent to the filing of this Non-Settling Defendants' Response to Plaintiffs' Motions for Preliminary Approval of Settlements.

/s/ Adam S. Hakki
Adam S. Hakki
Agnès Dunogué
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (646) 848-4924
adam.hakki@shearman.com
agnes.dunogue@shearman.com

John F. Cove, Jr.
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, California  94105-3225
Telephone: (415) 616-1100
Facsimile: (415) 616-1339
john.cove@shearman.com

*Attorneys for Defendant BNP Paribas*
*Securities Corp.*

/s/ David Sapir Lesser
David Sapir Lesser
WILMER CUTLER PICKERING HALE
AND DORR LLP
250 Greenwich Street
New York, New York  10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
david.lesser@wilmerhale.com

Heather Steiner Nyong'o (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Telephone:  (202) 663-6315
Facsimile:  (202) 663-6363
heather.nyong'o@wilmerhale.com

Ari Savitzky
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
ari.savitzky@wilmerhale.com

*Attorneys for Defendant Cantor Fitzgerald &*
*Co.*

/s/ Meredith Kotler
Lev L. Dassin
Meredith Kotler
Andrew Weaver
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
mkotler@cgsh.com
ldassin@cgsh.com

Kenneth Reinker
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 974-1743
kreinker@cgsh.com

*Attorneys for Defendant Citigroup Global
Markets Inc.*

/s/ David G. Januszewski
David G. Januszewski
Herbert S. Washer
Jonathan D. Thier
Peter J. Linken
Samuel G. Mann
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
djanuszewski@cahill.com
hwasher@cahill.com
jthier@cahill.com
plinken@cahill.com
smann@cahill.com

*Attorneys for Defendant Credit Suisse
Securities (USA) LLC*

/s/ Richard C. Pepperman II
Richard C. Pepperman II
Matthew J. Porpora
Jonathan S. Carter
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
peppermanr@sullcrom.com
porporam@sullcrom.com
carterjo@sullcrom.com

*Attorneys for Defendant Goldman Sachs & Co.
LLC*

/s/ Daniel L. Stein
Daniel L. Stein
Jennifer M. Rosa
Gina Del Tatto
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York  10020-1001
Telephone:  (212) 506-2500
Facsimile:  (212) 262-1910
dstein@mayerbrown.com
jrosa@mayerbrown.com
gdeltatto@mayerbrown.com

Andrew S. Marovitz
Britt M. Miller
Robert E. Entwisle
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois  60606
Telephone:  (312) 782-0600
Facsimile:  (312) 701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

*Attorneys for Defendant HSBC Securities
(USA) Inc.*

/s/ Boris Bershteyn
Boris Bershteyn
Lara Flath (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com

Gretchen M. Wolf (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, Illinois  60606
Telephone:  (312) 407-0700
Facsimile:  (312) 407-0411
gretchen.wolf@skadden.com

*Attorneys for Defendant J.P. Morgan
Securities LLC*

/s/ Brad S. Karp
Brad S. Karp
Richard A. Rosen
Susanna Michele Buergel
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
1285 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 373-3000
Facsimile:  (212) 373-2384
bkarp@paulweiss.com
rrosen@paulweiss.com
sbuergel@paulweiss.com

Jane Baek O'Brien
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
2001 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
jobrien@paulweiss.com

*Attorneys for Defendant Morgan Stanley &
Co. LLC*

/s/ Matthew S. Hellman
Matthew S. Hellman (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C.  20001-4412
Telephone:  (202) 639-6000
Facsimile:  (202) 661-6066
mhellman@jenner.com

Brian J. Fischer
JENNER & BLOCK LLP
919 Third Avenue, 38th Floor
New York, New York  10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
bfischer@jenner.com

*Attorneys for Defendant Nomura Securities
International, Inc.*

/s/ George S. Canellos
George S. Canellos
Sean M. Murphy
Fiona A. Schaeffer
MILBANK LLP
55 Hudson Yards
New York, New York  10001-2163
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
gcanellos@milbank.com
smurphy@milbank.com
fschaeffer@milbank.com

*Attorneys for Defendant SG Americas
Securities, LLC*

/s/ James H.R. Windels
James H.R. Windels
Brian M. Burnovski
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4000
Facsimile:  (212) 701-5800
james.windels@davispolk.com
brian.burnovski@davispolk.com

*Attorneys for Defendant TD Securities (USA)
LLC*

/s/ Jefferson E. Bell
Jefferson E. Bell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035
jbell@gibsondunn.com

D. Jarrett Arp
Melanie L. Katsur
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
jarp@gibsondunn.com
mkatsur@gibsondunn.com

Kyle C. Bisceglie
John G. Moon
Kyle J. Kolb
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 451-2300
Facsimile:  (212) 451-2222
kbisceglie@olshanlaw.com
jmoon@olshanlaw.com
kkolb@olshanlaw.com

*Attorneys for Defendant UBS Securities LLC*