UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GSE BONDS ANTITRUST LITIGATION | Case No. 1:19-cv-01704 (JSR) |

## CO-LEAD COUNSEL'S NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

**PLEASE TAKE NOTICE** that on February 28, 2020 at 2:00 p.m., in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Co-Lead Counsel will, and hereby do, move the Court pursuant to Fed. R. Civ. P. 23(h) for an Order awarding attorneys' fees and reimbursing Litigation Expenses.

The grounds for this Motion are set forth and based in the accompanying Memorandum and supporting papers filed herewith, along with the argument of counsel, all other materials presented before or during the hearing on this Motion, and any other evidence and argument the Court may consider.

Dated: January 6, 2020

| | |
|---|---|
| CHRISTOPHER M. BURKE (CB-3648) | *s/* Vincent Briganti |
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | VINCENT BRIGANTI |
| 600 W. Broadway, Suite 3300 | CHRISTIAN LEVIS |
| San Diego, CA 92101 | MARGARET MACLEAN |
| Tel: (619) 233-4565 | ROLAND R. ST. LOUIS, III |
| Fax: (619) 233-0508 | **LOWEY DANNENBERG, P.C.** |
| cburke@scott-scott.com | 44 South Broadway, Suite 1100 |
| | White Plains, NY 10601 |
| DAVID R. SCOTT (DS-8053) | Tel: (914) 997-0500 |
| AMANDA F. LAWRENCE (AL-8804) | Fax: (914) 997-0035 |
| KRISTEN ANDERSON (KA-1965) | vbriganti@lowey.com |
| DONALD A. BROGGI (DB-9661) | clevis@lowey.com |
| THOMAS BOARDMAN (TB-0530) | mmaclean@lowey.com |
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | rstlouis@lowey.com |

The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Tel: (212) 223-6444
Fax: (212) 223-6334
david.scott@scott-scott.com
alawrence@scott-scott.com
kanderson@scott-scott.com
dbroggi@scott-scott.com
tboardman@scott-scott.com

*Interim Co-Lead Counsel for the Class and Attorneys for Plaintiff City of Birmingham Retirement and Relief System*

CHRISTOPHER CRAIG
Chief Counsel
**PENNSYLVANIA TREASURY DEPARTMENT**
**OFFICE OF THE CHIEF COUNSEL**
129 Finance Building
Harrisburg, PA 17120
ccraig@patreasury.gov

*Attorney for Plaintiff Joseph M. Torsella, in his official capacity as the Treasurer of the Commonwealth of Pennsylvania*

*Interim Co-Lead Counsel for the Class and Attorneys for Plaintiff Joseph M. Torsella is the Treasurer of the Commonwealth of Pennsylvania and the head of the Pennsylvania Office of the State Treasurer*

TODD A. SEAVER
CARL N. HAMMARSKJOLD
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel: (415) 433-3200
Fax: (415) 433-6382
tseaver@bermantabacco.com
chammarskjold@bermantabacco.com

LESLIE R. STERN
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
lstern@bermantabacco.com

*Attorneys for Plaintiffs Electrical Workers Pension Fund Local 103, I.B.E.W., and Local 103, I.B.E.W. Health Benefit Plan*