UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



----

IN RE GSE BONDS ANTITRUST
LITIGATION

----

19-cv-1704 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

On January 30, 2020, the Court held a preliminary approval

hearing for the final two proposed settlements in the above-

captioned case. Although the Court preliminarily approved one

settlement on February 3, 2020, the Court withheld judgment on

plaintiff's proposed settlement with Barclays Capital, Inc.

("Barclays"). See Mot. for Prelim. Approval, ECF No. 340; Burke

Decl., Exh. 1, ECF No. 343 ("Barclays Settlement Agreement").

The Court was primarily concerned about a provision of a sealed

supplemental agreement between plaintiffs and Barclays that the

parties were required to identify under Rule 23(e)(3).

On February 5, 2020, the Court held an additional

preliminary approval hearing regarding this supplemental

Barclays agreement. In order to address the Court's concerns,

the parties proposed revisions to their class notice, see

transcript 02/05/2020. Subject to these notice revisions, the

Court is now satisfied that the agreement does not weigh against

preliminary approval. Because the Barclays Settlement Agreement

is substantially similar in most other respects to the prior

settlements this Court has preliminarily approved, the Court

preliminarily approves the Barclays settlement for substantially

the same reasons it preliminarily approved the prior

settlements. The Court will hold a final approval hearing on

June 9, 2020 at 3:30 pm.

SO ORDERED.

Dated:   New York, NY

February __6__, 2020            JED S. RAKOFF, U.S.D.J.