UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GSE BONDS ANTITRUST LITIGATION | No. 19 Civ. 1704 (JSR)<br><br>NOTICE OF WITHDRAWAL OF ARI JOSEPH SAVITZKY AND [PROPOSED] ORDER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 21/2/20

**PLEASE TAKE NOTICE** that I, Ari Joseph Savitzky, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), hereby request the Court's leave to withdraw as counsel for Defendant Cantor Fitzgerald & Co. ("Cantor") in the above-captioned matter. I first appeared in this case on June 14, 2019.

The requirements of Local Rule 1.4 are met. The reason for my withdrawal is that, as of November 26, 2019, I will no longer be associated with WilmerHale. David Sapir Lesser of WilmerHale, who has also appeared in this case, will continue to be counsel of record for Cantor, and accordingly no delay or prejudice to any party will result from my withdrawal. Moreover, I did not assert a retaining or charging lien.

Dated: November 22, 2019

Respectfully submitted,

/s/ Ari Joseph Savitzky
Ari Joseph Savitzky
WILMER CUTLER PICKERING
HALE AND DORR LLP

7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-8865
Fax: (212) 230-8888
ari.savitzky@wilmerhale.com

**SO ORDERED.**

Dated: 2/11/2020

_____
Honorable Jed S. Rakoff
United States District Judge

2