UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



IN RE GSE BONDS ANTITRUST LITIGATION

19-cv-1704 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

Upon further reflection, and now that all defendants have settled, the Court deems it appropriate to have the final approval hearing for all settlements on the same day. Accordingly, the final settlement approval hearing for the Deutsche Bank, First Tennessee Bank, and Goldman Sachs settlements will be moved to June 9, 2020 at 3:30 pm, to coincide with the final approval hearing for the remaining settlements. Plaintiff's counsel is instructed to immediately notify all class members of this change.

SO ORDERED.

Dated:   New York, NY

         February 20, 2020

JED S. RAKOFF, U.S.D.J.

1