UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE GSE BONDS ANTITRUST LITIGATION** | Case No. 1:19-cv-01704 (JSR) |

## ORDER AUTHORIZING PAYMENTS FROM SETTLEMENT FUNDS

WHEREAS, Plaintiffs have executed Stipulations and Agreements of Settlement with Deutsche Bank Securities Inc.; First Tennessee Bank, N.A. and FTN Financial Securities Corp.; Goldman Sachs & Co. LLC; BNP Paribas Securities Corp., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, J. P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Inc., TD Securities (USA) LLC, Nomura Securities International, Inc., HSBC Securities (USA) Inc., Cantor Fitzgerald & Co., SG Americas Securities LLC, Morgan Stanley & Co., LLC, and UBS Securities LLC; and Barclays Capital Inc. (the "Stipulations");

WHEREAS, by Orders dated October 29, 2019 (ECF No. 296), December 12, 2019 (ECF No. 337), February 6, 2020 (ECF No. 365), and February 8, 2020 (ECF No. 366) (the "Preliminary Approval Orders"), this Court: (a) preliminarily approved the settlements set forth in the Stipulations and Plan of Distribution; (b) preliminarily certified the Settlement Class; (c) ordered that notice be provided to potential members of the Settlement Class; (d) provided members of the Settlement Class with the opportunity either to exclude themselves from the Settlement Class or to object to the proposed Stipulations; and (e) scheduled a hearing regarding final approval of the settlements set forth in the Stipulations on June 9, 2020 (the "Settlement Hearing");

WHEREAS, in the Preliminary Approval Orders, the Court also approved Co-Lead Counsel's designation of A.B. Data, Ltd. as Claims Administrator;

WHEREAS, pursuant to the Preliminary Approval Orders, an escrow account has been established;

WHEREAS, pursuant to the Stipulations, $386,500,000 in settlement funds have been deposited into the escrow account;

WHEREAS, in the Preliminary Approval Orders, the Court ordered that all settlement funds held in the escrow account are considered to be in *custodia legis*, and shall remain subject to the jurisdiction of the Court, until such time as such funds shall be distributed pursuant to the Stipulations and further order(s) of the Court;

WHEREAS, in the Preliminary Approval Orders, the Court ordered that all reasonable costs incurred in identifying and notifying potential Class Members as well as in administering the settlements ("Notice and Administration Costs") shall be paid as set forth in the Stipulations and authorized payment of such costs up to the sum of $1,250,000 and that any such costs in excess of $1,250,000 may be paid only with the approval of the Court;

WHEREAS, as set out in Plaintiffs' reply memorandum, dated May 22, 2020, Plaintiffs have incurred reasonable Notice and Administration Costs exceeding the sum of $1,250,000; and

WHEREAS, Plaintiffs seek approval to pay up to an additional $751,384 from the settlement funds for reasonable Notice and Administration Costs that have been incurred and are anticipated to be incurred;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. All terms in initial capitalization used in this Order shall have the same meanings as set forth in the Stipulations and the Preliminary Approval Orders, unless otherwise defined herein.

2. The Court authorizes Co-Lead Counsel to pay up to an additional $751,384 (for a total of $2,001,384) from the settlement funds for reasonable Notice and Administration Costs.

3. Any such costs in excess of the $2,001,384 that has been approved to date may be paid from the settlement funds only with the approval of the Court.

SO ORDERED.

_____
United States District Judge

DATED:   New York, NY

  June 18, 2020