# EXHIBIT F

Exhibit F: Summary of Statistics

|  | Quantity | Percentage of Authorized Claims |
|---|---:|---:|
| **Presented Claims** | **372,271** | |
| Timely Claims | 372,195 | |
| Untimely Claims | 76 | |
|  | | |
| Paper Claims | 1,999 | |
| Online Claims | 11,710 | |
| Bulk Claims | 358,562 | |
|  | | |
| **Authorized Claims** | **174,896** | |
| Timely Eligible Claims | 174,869 | |
| Late But Otherwise Eligible Claims | 27 | |
|  | | |
| **Recovery Information** | | |
| Authorized Claimants receiving a payment in Initial Distribution | 174,896 | 100% |
| Authorized Claimants receiving Minimum Payment (paid in full) | 142,961 | 82% |
| Authorized Claimants receiving pro rata payments of less than $12,000 (paid in full) | 29,975 | 17% |
| Authorized Claimants receiving pro rata payments of greater than or equal to $12,000 (subject to 10% Reserve) | 1,960 | 1% |
| Net Settlement Fund (estimated as of November 30, 2020) | $304,522,326.00 | |
| Maximum recovery | $21,290,106.87 | |
| Minimum Payment | $25.00 | |
| Median Recovery (excluding Claimants receiving the Minimum Payment) | $167.13 | |
| Average Recovery (excluding Claimants receiving the Minimum Payment) | $9,423.77 | |
| Total Funds Distributed in Initial Distribution | $276,821,486.28 | |
| Reserve | $27,700,839.72 | |
|  | | |
| **Late Claims Submitted** | **76** | |
| Late But Otherwise Eligible Claims | 27 | |
| Late Claims Determined to Be Ineligible for Other Reasons | 49 | |
|  | | |
| **Claims Rejected in Full** | **271,068** | |
| Non-Substantive Rejections | 73,693 | |
| Duplicate Claims | 3,470 | |
| Replaced Claims | 69,774 | |
| Withdrawn Claims | 449 | |
| Substantive Rejections | **197,375** | |
| All Ineligible Transactions | 171,902 | |
| Ineligible/Deficient Summary Information | 18,992 | |
| No Eligible GSE Bond Transactions During the Class Period | 6,425 | |
| No Data File Received from Bulk Filer Claims | 20 | |
| Missing Signature | 0 | |
| Inadequate Signature Authority | 0 | |
| Deceased Beneficial Owner Authority | 0 | |
| Claims where No Audit Response Received | 36 | |
|  | | |
| **Audited Claims** | | |
| Claims Audited For Underlying GSE Bond Transactions | 300,746 | |
| Claims where No Audit Response Received | 36 | |
| Claims where Response Submitted | 300,710 | |
| Claims Passed with No Adjustments | 54,064 | |
| Claims Rejected in Full at Transaction-Level (All Transactions Ineligible) | 171,902 | |
| Claims Adjusted for Partial Deficiencies on Transaction-Level | 74,744 | |
|  | | |
| Transactions-Level Stats For Underlying GSE Bond Transaction Audit | | |
| Total Transactions Reviewed | 4,815,811 | |
| Total Transactions Passed | 2,232,612 | |
| Total Transactions Flagged | 2,583,199 | |
| Transactions Determined to be Ineligible | 2,214,446 | |
| Transactions Determined to Have Incorrect Maturity Date on Discount Note | 160,415 | |
| Transactions Determined to have Miscategorized Callable/Non-Callable | 208,338 | |
|  | | |
| Claims Audited for Documentation | 20 | |
| Claims Passing Documentation Audit | 18 | |
| Claims Adjusted as a Result of Documentation Audit | 2 | |

*In Re GSE Bonds Antitrust Litigation* . Case No. 1:19-cv-01704 (JSR)