## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GSE BONDS ANTITRUST LITIGATION | No. 19-cv-01704 (JSR) |

### SUPPLEMENTAL DECLARATION OF STEVEN STRAUB IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER APPROVING DISTRIBUTION OF THE NET SETTLEMENT FUND TO AUTHORIZED CLAIMANTS

Pursuant to 28 U.S.C. §1746, I, Steven Straub, declare:

1.      I am a Senior Project Manager of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), which has its corporate office in Milwaukee, Wisconsin. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2.      On December 1, 2020, I executed the Declaration of Steven Straub in Support of Plaintiffs' Motion for Entry of an Order Approving Distribution of the Net Settlement Fund to Authorized Claimants (the "Distribution Declaration") to detail the steps A.B. Data had taken in administering the Settlements in this Action (ECF No. 448).

3.      This Supplemental Declaration is intended to update the Court of the status of the case following the submission of Plaintiffs' Motion for Entry of an Order Approving Distribution of the Net Settlement Fund to Authorized Claimants ("Plaintiffs' Motion") on December 3, 2020 (ECF No. 446).

### No Additional Claims Received

4.      In the Distribution Declaration, A.B. Data requested that this Court order that no Claim received or rejected Claim adjusted after November 30, 2020 be eligible for payment for any reason whatsoever.

5.      Since the filing of the Distribution Declaration, A.B. Data has not received any additional claims.

## Telephone Helpline and Website Activity

6.      A.B. Data continues to maintain a case-specific website (www.GSEBondAntitrustSettlement.com) (the "Settlement Website"), a case-specific email address (info@GSEBondAntitrustSettlement.com), and a toll-free telephone helpline (1-877-317-7944). The Settlement Website provides access to important documents relevant to the Settlements, and the email address and telephone helpline enable Class Members to obtain information about the Settlements.

7.      On December 4, 2020, A.B. Data posted to the website copies of the papers filed in support of Plaintiffs' Motion.

8.      Since the date of posting, the Settlement Website has received 11,631 unique hits and A.B. Data has responded to over 65 telephone calls and 87 emails from Class Members.

9.      A.B. Data has not been made aware of any objection to Plaintiffs' Motion.

## Report on Requests for Court Review

10.     As detailed in the Distribution Declaration, Claimants were provided with an opportunity to request Court review of A.B. Data's Claim determinations and no claimant requested Court review.

11.     No Claimant has requested Court review of A.B. Data's claim determinations in the time since Plaintiffs' Motion was filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Milwaukee, Wisconsin on February 8, 2021.

_____
Steven Straub

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 8, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

s/ Christopher M. Burke
Christopher M. Burke