UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | 19-cv-1704 (JSR) |
| ALASKA ELECTRICAL PENSION FUND, <br><br> Plaintiff, <br><br> -against- <br><br> BOFA SECURITIES, INC., et al., <br><br> Defendants. | 19-cv-1796 (JSR) |
| DEERFIELD BEACH MUNICIPAL FIREFIGHTERS' PENSION TRUST FUND, <br><br> Plaintiff, <br><br> -against- <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | 19-cv-1900 (JSR) |

```
-------------------------------------
| LINCOLNSHIRE POLICE PENSION       |
| FUND,                             |
|                                   |
|              Plaintiff,           |        19-cv-2045 (JSR)
|                                   |
|        -against-                  |
|                                   |
| BANK OF AMERICA, N.A., et al.,    |
|                                   |
|              Defendants.          |
-------------------------------------

-------------------------------------
| JOSEPH M. TORSELLA,               |
|                                   |
|              Plaintiff,           |        19-cv-2438 (JSR)
|                                   |
|        -against-                  |
|                                   |
| BANK OF AMERICA, N.A., et al.,    |
|                                   |
|              Defendants.          |
-------------------------------------

-------------------------------------
| INTERNATIONAL ASSOCIATION OF      |
| HEAT AND FROST INSULATORS AND     |
| ALLIED WORKERS LOCAL NO. 14       |        19-cv-2661 (JSR)
| PENSION AND HEALTH AND WELFARE    |
| FUNDS,                            |
|                                   |
|              Plaintiff,           |
|                                   |
|        -against-                  |
|                                   |
| BANK OF AMERICA, N.A., et al.,    |
|                                   |
|              Defendants.          |
-------------------------------------
```

| | |
|---|---|
| DALLAS AREA RAPID TRANSIT EMPLOYEES' DEFINED BENEFIT RETIREMENT PLAN AND TRUST, et al.,<br><br>　　　　Plaintiffs,<br><br>　　-against-<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　Defendants. | 19-cv-2715 (JSR) |
| UFCW LOCAL 1776 AND PARTICIPATING EMPLOYERS PENSION FUND,<br><br>　　　　Plaintiff,<br><br>　　-against-<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　Defendants. | 19-cv-2755 (JSR) |
| MAYOR AND CITY COUNCIL OF BALTIMORE,<br><br>　　　　Plaintiff,<br><br>　　-against-<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　Defendants. | 19-cv-2900 (JSR) |
| IN RE GSE BONDS ANTITRUST LITIGATION | 19-cv-1704 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

Pursuant to this Court's approval of the distribution of the net settlement fund, see ECF No. 451 on the consolidated docket 19-cv-1074, the Clerk of the Court is instructed to close the dockets in each of the above-captioned cases.

    SO ORDERED.

Dated:   New York, NY

          March 2, 2022                           JED S. RAKOFF, U.S.D.J.